General Complaint

**FILED**

MAY 0 1 2023

Clerk, U.S. District Court
Eastern District of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

**Kazim Oladotun Oyenuga**

**Plaintiff**

Case Number: 4:23cv389 ALM/CAN

List the full name of each plaintiff in this action.

VS.

Omoyele Sowore, CEO of Sahara Reporters Media Group Inc

Saharareporters.com

Sahara Reporters Media Group Inc, publisher of saharareporters.com
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.  ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.  In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

       (1)  Employ Counsel
       2.   Court - Appointed Counsel
       3.   Lawyer Referral Service of the State Bar of Texas,
            P. O. Box 12487, Austin, Texas 78711.

   B.  List the name(s) and address(es) of the attorney(s):

   I have been unsucessful to locate an attorney with credential with federal court and because of a huge retainer demand for this type of case

C. Results of the conference with counsel:

**Counsel is not admitted to US District Court for the Eastern District of Texas**

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?    x   Yes    _____ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: **June 7, 2022**

2. Parties to previous lawsuit(s):

   Plaintiff  **Kazim Oladotun Oyenuga**

   Defendant  Vs. **Sahara Reporters Media Group Inc. a New York Corporation**
   **Omoyele Sowore CEO, Sahara Reporters Media Group Inc**
   ~~Olufemi Oluseun Dominic, an Individual Resident in Texas~~
   **Ayokunle James Gbadebo, an Individual Resident in Texas**

   Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

   **Collin County District Court, 471th District**

4. Docket number in other court.  **471-02866-2022**

5. Name of judge to whom the case was assigned.
   **Hon. Judge Andrea Bouressa**

6. Disposition: Was the case dismissed, appealed or still pending? There are 4 defendant
   Two   one
   ~~One~~ partial dismissal of a defendant, ~~which~~ was appealed. The matter concerning present defendants brought before the US District Court were non suited

7. Approximate date of disposition. **Partial dismissal on January 31, 2023** and March 17 2023

There was a hearing today and the Judge might or may not dismiss a third defendant on a motion to dismiss under TCPA

III. Parties to this suit:

    A. List the full name and address of each plaintiff:

        Pla #1    **Kazim Oladotun Oyenuga**

        **12255 W University Drive, #505, Frisco Tx 75033**

        Pla #2

    B. List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1:    **Omoyele Sowore**

            **c/o Emily Rhine**    **JACKSON WALKER LLP**
                                      **2323 Ross Avenue, Suite 600**
                                      **Dallas, TX 75201**

        Dft #2:    **Sahara Reporters Media Group Inc**

            **c/o Emily Rhine**    **JACKSON WALKER LLP**
                                      **2323 Ross Avenue, Suite 600**
                                      **Dallas, TX 75201**

        Dft #3    **SaharaReporters.com**    **JACKSON WALKER LLP**
                                      **2323 Ross Avenue, Suite 600**
                                      **Dallas, TX 75201**

Attach a separate sheet for additional parties.

IV:    Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

To the honorable Judge of the said court comes now Kazim Oladotun Oyenuga, a private citizen, files now his lawsuit against Omoyele Sowore, CEO of Sahara Media Group Inc based in New York, New York State publishers of Sahara.com, an online publication' Sahararepoters.com and Sahara Reporters Media Group Inc for:

Publishing, beginning from June 7, 2021

A. Several salacious half-truth, libellous and disparaging stories against me and my family members

B. Damaging my professional character and organisations without recourse to principles of journalism.

C. Allegedly contacting and then publishing stories from June 7, 2021 by Olufemi Oluseun Dominic, Ayokunle James Gbadebo and another unknown person without due diligence, and that are deficient factual basis and with malicious intent to hurt the reputation and professional standing of Plaintiff

D. Conspiracy to publish a lie and cause immense harm to Plaintiff's professional reputation, personal and business incomes.

Due to the publication of the Defendants false statements about Plaintiff, his brands and businesses have lost significant value; Equally major career and business opportunities that were otherwise available to him and his company have been lost and/or substantially impacted.

The damage to Plaintiff, which also extends to professional credence and licensing of Plaintiff and his businesses due to the publication of Saharareporter.com online injurious articles, is in multiple million dollars.

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

Prayer:

A. Awarding compensatory and punitive damages in appropriate amounts against defendants individually and to be determined during trial

b. Enjoining Sahara reporters Media Group Inc to remove articles about Plaintiff from its website and refrain from publishing or republishing the defamatory statements in the article

c. Awarding Plaintiff recovery of his cost associated with this action including but not limited to reasonable attorneys fees and expenses and

d. For such other and further relief as the Court deems just and appropriate

Signed this ___!st___ day of ___May___, 20 __2023__.
(Month) (Year)

/s/ Kazim Oladotun Oyenuga, PhD, MSE

drdotun.ga@gmail.com

(631) 948 4699

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __05/01/2023__
Date

Signature of each plaintiff