UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS



FILED

MAY 0 1 2023

Clerk, U.S. District Court
Eastern District of Texas

Kazim Oladotun Oyenuga
(Plaintiff)

vs.

Omoyele Sowore, CEO Sahara Reporters Media Group In, a New York
Saharareporters.com, an online publication based in NY; Publication
Sahara Reporters Media Group Inc
(Defendant)

Case No. 4:23cv389

MOTION TO PROCEED IN FORMA PAUPERIS

I, plaintiff, Kazim Oladotun Oyenuga, respectfully moves this Honorable Court for leave to proceed in this matter without payment of fees, costs, or security.

Attached hereto is an affidavit in support of my motion to proceed in forma pauperis.

Respectfully submitted,

Plaintiff Kazim O. Oyenuga
Address 12255 W. University Drive #505
Frisco, TX 75033

Phone (631) 948·694

Date __05/01/2023__

AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

INSTRUCTIONS: Complete all questions in this affidavit and then sign it. Do not leave any blanks. If the answer to a question is "0", "none", or "not applicable (NA)", write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. Are you presently employed? YES (circled) _____ NO _____

    (a) If the answer is "YES", state the amount of your gross salary or wages per month and give the name and address of your employer.

    $ __3,000.00__ per month

    Employer __Self employed__

    (b) If the answer is "NO", state the date of last employment and the amount of the gross salary and wages per month which you received.

    $ _____ per month __Not applicable__

    Employer __Not applicable__

2. Is your spouse presently employed? YES _____ NO _____ __Not applicable. Undergoing Divorce__

    If the answer is "YES", state the gross amount of his/her salary or wages per month and give the name and address of his/her employer.

    $ _____ per month __Not applicable__

    Employer __Not applicable__

2

3. Have you or your spouse received within the past twelve (12) months any money from any of the following sources:

   (a) Business, profession, or form of self-employment?  YES ⃝   NO _____

   (b) Rent payment, interest or dividends?  YES ⃝   NO _____

   (c) Pensions, annuities, or life insurance payment?  YES _____   NO ⃝

   (d) Gifts or inheritances?  YES _____   NO ⃝

   (e) Any other sources?  YES _____   NO ⃝

   If the answer to any of the above questions is "YES", describe each source of money and state the amount received from each during the last twelve (12) months and by whom.

   _Business, less than $50,000 in 2022_

4. How much cash do you and your spouse have? $ _mine only, less than $200.00  Not sure what she has_.

5. List any money you or your spouse have in bank accounts or in any other financial institution and the name of the financial institution.

   _mine only less than $200.00_
   _Not sure what she has._

6. List the assets and the values which you or your spouse own. Do not list clothing and ordinary household furnishings.

   Home Address _36 Browns Lane Dr, East Norriton, PA 19401_

   Value of Home _$450,000.00  Currently listed for sale_

   Motor Vehicle #1 Make, Year, Model _Land Rover Range Rover, 2016 model_

   Value of Motor Vehicle #1 _$44,000.00_

3

Motor Vehicle #2 Make, Year, Model __Land Rover Range Rover Sport__

Value of Motor Vehicle #2 __Unknown__

7. Do you or your spouse own any other real estate, stocks, bonds, notes, automobiles, or other valuable property not listed above (excluding ordinary household furnishings and clothing)?
YES (circled) ____  NO ____

If the answer is "YES", describe the property and state its approximate value.

__Homestead that she and the kids currently live in Princeton, TX. Approximately worth $250,000.00__

8. List the persons who are dependent upon you or your spouse for support, state your relationship to those persons, and indicate how much you contribute toward their support.

__Jeremiah O. Oyenuga — Son__
__Joakim O. Oyenuga — Son__

9. Do you expect any major changes to your spouse's monthly income or expenses or in your or your spouse's assets or liabilities during the next 12 months?
YES (circled) ____  NO ____

If yes, describe below or on an attached sheet.

__My consulting business should begin to thrive again after this lawsuit resolves the defamation question.__

10. Estimate the average monthly expenses of you and your family. If different, list separately the amounts paid by your spouse.

Rent or home-mortgage payment __Rent – $1,000.00__

Utilities (electricity, heating fuel, water, sewer, and phone) __$150.00__  __N/A__

Home maintenance (repairs and upkeep) __$400.00__  __N/A__

Food __$500.00__

Clothing   $100.00

Laundry and dry-cleaning   $50.00

Medical and dental expenses   N/A

Transportation (not including motor vehicle payments)   N/A

Recreation, entertainment, newspapers, magazines, etc.   N/A

Insurance (not deducted from wages or include in mortgage payments)

    Homeowner's or renter's insurance   N/A

    Life insurance   N/A

    Health insurance   N/A

    Motor vehicle insurance   $289.00

    Other insurance   N/A

Taxes (not deducted from wages or included in mortgage payments)   

Installment payments

    Motor vehicle   $989.00

    Credit card   N/A

    Department store credit card   N/A

    Other installment payments   N/A

Alimony, maintenance and support paid to others   Unresolved

Regular expenses for operation of business, profession, or farm (attach a detailed

    statement)   N/A

Other expenses   N/A

11. Provide any other information that will help explain why you cannot pay the filing fees for your case.

N/A

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fees of my case. I believe that I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.
(28 U.S.C. 1746, 18 U.S.C. 1621)

Signature of Applicant