IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KAZIM OLADOTUN OYENUGA, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:23-CV-00389-ALM-CAN |
| v. | § | |
| | § | |
| OMOYELE SOWORE, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is *pro se* Plaintiff Kazim Oladotun Oyenuga's ("Plaintiff") Motion to Continue [Dkt. 7]. Therein, Plaintiff requests a 60-day continuance of "the existing deadlines," specifically to provide sufficient time for Plaintiff to file an amended complaint pursuant to the Court's Order "and/or [to] retain the services of legal counsel due to the complex nature of these proceedings" [Dkt. 7 at 1]. Plaintiff, having been granted electronic notice in this cause [Dkt. 3], states that he did not receive the Court's previous Orders [Dkts. 5; 6] due to an error in his email address. The docket reflects the email address has now been correctly entered by the Clerk's Office, and the Motion indicates Plaintiff has now received copies of the Court's Orders [Dkt. 7]. Considering these circumstances, an extension of time to file an amended complaint is warranted. And while Plaintiff may choose to retain counsel, the amended complaint must be received by the Court within 60 days, regardless of whether or not Plaintiff ultimately retains counsel. <u>To be clear, an amended complaint must be received by the deadline even if Plaintiff will proceed *pro se*.</u> Moreover, it is Plaintiff's obligation to serve his amended complaint on Defendants. After reviewing the Motion, and all other relevant filings, the Court finds the Motion should be granted as set forth herein. Accordingly,

It is therefore **ORDERED** that Plaintiff Kazim Oladotun Oyenuga's Motion to Continue [Dkt. 7] is **GRANTED**.  The deadline for Plaintiff to file an amended complaint compliant with the Court's May 3 Order [Dkt. 6] is extended to <u>**Tuesday, August 1, 2023, at 5:00 p.m.**</u>  The amended complaint must be received by the Clerk of Court by this deadline, even if Plaintiff does not retain counsel prior to such date.  The Clerk of Court is asked to provide Plaintiff a copy of the instant Order and a further copy of the May 3 Order [Dkt. 6].

<u>Failure to comply with this Order may result in a recommendation that this case be dismissed.</u>

**IT IS SO ORDERED**.

**SIGNED this 6th day of June, 2023.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE