IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KAZIM OLADOTUN OYENUGA, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:23-CV-00389-ALM-AGD |
| v. | § § | |
| OMOYELE SOWORE, ET AL., | § § | |
| Defendants. | § § | |

## ORDER

Pending before the court is *pro se* Plaintiff Kazim Oladotun Oyenuga's ("Plaintiff") Motion for Leave to File out of Time (Dkt. #9). Per the court's Order for Amended Complaint (Dkt. #6), Plaintiff's original deadline to file an amended complaint was June 2, 2023. On June 6, 2023, the court extended the deadline until August 1, 2023 (Dkt. #8). Now, after reviewing Plaintiff's Motion, Plaintiff's First Amended Complaint (Dkt. #10), which was filed on August 3, 2023, and all other relevant filings, the court finds that Plaintiff's Motion should be granted.

It is therefore **ORDERED** that Plaintiff's Motion for Leave to File out of Time (Dkt. #9) is **GRANTED**. Plaintiff's First Amended Complaint (Dkt. #10) is deemed properly filed before the court.

**IT IS SO ORDERED**.

**SIGNED this 13th day of August, 2023.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE