4:23cv389

Kazim Oladotun Oyenuga
12255 W. University Drive #505
Frisco, TX 75033

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF TEXAS
101 E. PECAN ST., SUITE 112
SHERMAN, TEXAS 75090

OFFICIAL BUSINESS



RETURN TO SENDER

NIXIE     750   FE 1        9008/14/23
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 75090598937    *0634-04457-03-41