**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| KAZIM OLADOTUN OYENUGA, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:23-CV-00389-ALM- |
| v. | § | AGD |
| | § | |
| OMOYELE SOWORE, ET AL., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF IMPENDING DISMISSAL

The court's records indicate that more than a year has passed since the filing of the Complaint (Dkt. #1). To date, Defendants Ayokunle James Gbadebo, Sahara Reporters Media Group Inc., Saharareporters.com, and Omoyele Sowore have not been served. This notice serves to inform *pro se* Plaintiff Kazim Oladotun Oyenuga that this action shall be dismissed without prejudice as to the unserved Defendants unless Plaintiff completes service of process by the date specified below and in accordance with Federal Rule of Civil Procedure 4(m).

To avoid dismissal under Rule 4(m), if more than 90 days are necessary for service of process, Plaintiff must execute a verified petition regarding service of process, advising the court:

A.   That the case should not be dismissed as to the unserved Defendants;

B.   That the failure to obtain service upon the unserved Defendants is not due to the fault of the party or counsel seeking to avoid dismissal;

C.   The reasons why the case against the unserved Defendants should not be dismissed, set forth in detail and demonstrating good cause; and

D.   That service will be effected on the unserved Defendants within thirty (30) days of the date of the petition.

**This petition must be filed with the court on or before *Thursday, June 13, 2024, at 5:00 p.m.*** If the court is satisfied that the case should not be dismissed as to the unserved Defendants,

Plaintiff will be so notified. If dismissal of the case as to the unserved Defendants is satisfactory to the Plaintiff, no action is required. By executing the petition regarding service of process, Plaintiff need not appear in support thereof until and/or unless so notified by the court. **Failure to respond will result in a recommendation of dismissal of this case for failure to prosecute.**

**IT IS SO ORDERED**.

**SIGNED this 5th day of June, 2024.**


AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE