# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

KAZIM OLADOTUN OYENUGA,               §
                                      §
v.                                    §    Civil Action No. 4:23-CV-389
                                      §    (Judge Mazzant/Judge Durrett)
OMOYELE SOWORE, ET AL.,               §

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting the Report and Recommendation of United States

Magistrate Judge filed in this matter this date, it is

**CONSIDERED, ORDERED,** and **ADJUDGED** that that this case is **DISMISSED**

**WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED this 19th day of September, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE